# MISCELLANEOUS

JASON RUBEN CAVAZOS // IN THE UNITED STATES

VS. // COURT FOR THE SOUTHERN

STATE OF TEXAS // DISTRICT OF TEXAS

**B-03-019**

United States District Court
Southern District of Texas
FILED
OCT 29 2003
Michael N. Milby
Clerk of Court

HABEAS CORPUS

To THE HONORABLE JUDGE OF SAID COURT:

Comes Now JASON RUBEN CAVAZOS PETITIONER AND FILED THROUGH HIMSELF HABEAS CORPUS IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS ACCORDANCE WITH THE AGREEMENT OF EXTRADITION TO WHICH THE STATE IS COMMITTED BY LAW, AND IN SUPPORT OF THIS HABEAS CORPUS WOULD SHOW AS FOLLOWS:

## 1

PETITIONER WAS ARRESTED ON THE 11TH DAY OF SEPTEMBER AND IS IN CUSTODY AT CARRIZALES RUCKER CAMERON COUNTY JAIL OLMITO TEXAS 78575, THE AGREEMENT GUARANTY AND THE STATUTES ENACTED TO IMPLEMENT IT IS TO PROTECT THE ACCUSED AND UNDUE LENGTH OF TIME OR PREVENT UNREASONABLE DELAY.

## II

PETITIONER HAS BEEN IN CUSTODY FOR MORE THAN 55 DAYS FOLLOWING THE DATE SPECIFIED IN THE RULE AND HAS NOT BEING EXTRADITE COMMENED UPON THIS HABEAS CORPUS. PETIT IS REQUESTING TO EXTRADITE TO KNOXVILLE TENNESSEE, KNOX COUNTY.

## III

UNDER AGREEMENT PROVIDING THAT EVERY PERSON IN CUSTODY IN THE STATE FOR AN ALLEGED OFFENCE MUST BE EXTRADITE WITHIN A SPECIFIED NUMBER OF DAY FROM THE DATE HE WAS TAKEN INTO CUSTODY. PETITIONER WHO IS HELD IN CUSTODY FOR MORE THAN THE AGREEMENT PERIOD IS ENTITLE TO BE DISCHARGED

RESPECTFULLY SUBMITTED
OCT-27-2003
JASON RUBEN CAVAZOS # 103019

## CERTIFICATE OF SERVICE

I JASON RUBEN CAVAZOS DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING HABEAS CORPUS HAS BEEN FORWARDED TO ATTORNEY'S OFFICE OF THE UNITED STATE DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS 600 E HARRISON ST BROWNSVILLE, TEXAS 78520 ON THE 27 DAY OF OCTOBER 2003.

Oct. 27, 2003
JASON RUBEN CAVAZOS # 103019
CARRIZALES RUCKER DETENTION CENTER D-S
1100 OLD ALICE Rd.
OLMITO TEXAS 78575