# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

United States District Court
Southern District of Texas
ENTERED
NOV 0 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JASON RUBEN CAVAZOS | § | |
| | § | |
| VS. | § | MISCELLANEOUS NO. B-03-019 |
| | § | |
| STATE OF TEXAS | § | |

## O R D E R

Petitioner, Jason Ruben Cavazos, has filed a Petition for Writ of Habeas Corpus. Petitioner will be allowed to proceed in Forma Pauperis. The Clerk is ORDERED to prepare a summons directed to the Sheriff of Cameron County, Texas, and deliver it to the United States Marshal for service.

DONE at Brownsville, Texas, this 31st day of October, 2003.

_____
John Wm. Black
United States Magistrate Judge