AO 440 (Rev. 1/90) Summons in a Civil Action

MISC B-03-19

Sheriff of CC

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 11/19/03

United States District Court
Southern District of Texas
FILED
NOV 25 2003
Michael N. Milby
Clerk of Court

NAME OF SERVER (PRINT): Jesse Balleza Jr

TITLE: DUSM

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Christy Brooks

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/19/03

Signature of Server: [signed] Jesse Balleza

Address of Server: 600 E. Harrison St. Brownsville, TX

On 11/5/03 at around 11:15am 1st endevor 12 miles RND Trip
On 11/5/03 at around 2:45pm 2nd endevor 12 miles RND Trip
On 11/19/03 served at around 3:45pm 12 miles RND Trip

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.