IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

FEB 2 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JASON RUBEN CAVAZOS, § | |
| Petitioner, § | |
| § | |
| VS. § | |
| § | MISC. ACTION NO. B-03-019 |
| THE STATE OF TEXAS, § | |
| Respondent. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of January 29, 2004, should be adopted and Cavazos' habeas corpus petition filed pursuant to 28 U.S.C. §2254 be denied and Respondent's Motion to Dismiss be granted.

DONE in Brownsville, Texas, on this 24th day of February, 2004.

Andrew S. Hanen
United States District Judge